99-00826 Stoessinger v Stoessinger.wpd



No. 04-99-00826-CV



John G. STOESSINGER,


Appellant



v.



Carolyn STOESSINGER,


Appellee



From the 37th Judicial District Court, Bexar County, Texas


Trial Court No. 97-CI-11633


Honorable John Specia, Jr., Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Karen Angelini, Justice


Delivered and Filed: March 29, 2000


APPEAL DISMISSED


 The parties have filed a joint motion to dismiss this appeal, stating that they have settled the
issues in dispute. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 42.1(a)(1).
Costs of appeal are taxed against the parties who incurred them. 

 PER CURIAM

DO NOT PUBLISH